**Juan TELLEZ–LOPEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr.,\* Attorney General, Respondent.**

**No. 04–71191.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 7, 2006.

Filed Aug. 18, 2011.

Robert G. Berke, Shan D. Potts, Berke Law Office, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Norah Ascoli Schwarz, Richard M. Evans, Marion E. Guyton, Kristin A. Cabral, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: REINHARDT, TROTT, and WARDLAW, Circuit Judges.

MEMORANDUM \*\*

Juan Tellez–Lopez, a native and citizen of Mexico, seeks review of the February 18, 2004 order of the Board of Immigration Appeals ("BIA") denying as untimely his

\* Eric Holder is substituted for his predecessor, Alberto Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

motion to reopen. We deny his petition for review.

Tellez–Lopez filed the motion to reopen over four months after the BIA's final order of removal and well beyond the ninety-day deadline for filing such motions. *See* 8 U.S.C. § 1229a(c)(7)(C)(i). The petition did not provide any reason for the late filing, let alone any "circumstances beyond [Tellez–Lopez's] control," to justify equitable tolling. *Socop–Gonzalez v. INS*, 272 F.3d 1176, 1193 (9th Cir.2001) (en banc). Accordingly, the BIA did not abuse its discretion in denying the motion as untimely.

The petition is **DENIED.**